UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TOMMY JOE DAVIS, III, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 1:22-CV-63 SRW |
| BILL STANGE, | ) |
| Respondent. | ) |

**JUDGMENT**

In accordance with the Memorandum and Order issued on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Petitions of Tommy Joe Davis for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, (ECF Nos. 1, 11), are **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner Tommy Joe Davis's Petition is **DISMISSED, with prejudice**. Petitioner has not made a substantial showing of a denial of a constitutional right, and this Court will not issue a Certificate of Appealability. 28 § U.S.C. 2253(c)(2).

So Ordered this 10th day of April, 2024.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

1