# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 24, 2025

Jennifer Hernandez
LAW OFFICE OF JENNIFER HERNANDEZ
17 W. Kansas Street
Liberty, MO  64068

RE:  24-3138  Tommy Davis, III v. Bill Stange

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Susan E. Bindler
Clerk of Court

CRJ

Enclosure(s)

cc:   Andrew James Clarke
      Clerk, U.S. District Court, Eastern District of Missouri

       District Court/Agency Case Number(s):   1:22-cv-00063-SRW

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-3138

_____

Tommy Joe Davis, III

Petitioner - Appellant

v.

Bill Stange

Respondent - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:22-cv-00063-SRW)

_____

**JUDGMENT**

Before SMITH, ERICKSON, and STRAS, Circuit Judges.

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The motion for leave to file an overlength application for certificate of appealability is denied as moot. The appeal is dismissed.

April 24, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Susan E. Bindler